UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-80065-MIDDLEBROOKS

UNITED STATES OF AMERICA,

vs.

NATHAN DANFORTH,

    Defendant.
_____/

## ORDER

On March 4, 2016, the defendant, Nathan Danforth, without objection from the United States of America, filed a motion for a competency examination and hearing pursuant to 18 U.S.C. § 4241 (DE:10).

On March 4, 2016, the Court entered an Order (DE:11) granting the defendant's motion for a competency examination and hearing.

The defendant was examined by Dr. Lisa B. Feldman, a Forensic Psychologist employed by the Federal Bureau of Prisons, who evaluated the defendant to determine his competency to stand trial. Dr. Feldman memorialized her findings and recommendations in a report submitted to the Court and the parties.

A hearing was held on June 15, 2016, before Magistrate Judge William Matthewman, on the issue of competency pursuant to 18 U.S.C. §§ 4241(c) and 4247(d). Magistrate Judge Matthewman entered a Report and Recommendation Regarding Defendant's Competency ("Report"). As explained in the Report, defense counsel and the government stipulated to the contents and conclusions of the forensic evaluation as it relates to the defendant's competency to stand trial. Based on Dr. Feldman's evaluation and the Report, this Court finds by a

preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon a careful, *de novo* review of the record, the Court agrees with the Report's recommendation. Accordingly, pursuant to the agreement of the parties, the findings of the Court and 18 U.S.C. § 4241(d), **IT IS ORDERED**:

1. The Report and Recommendation (**D.E. 19**) is **ADOPTED**.

2. The defendant shall be committed to the custody and care of the Attorney General to be hospitalized for treatment in a suitable facility for such a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. The Court recommends that Defendant be placed at the Federal Medical Facility in Devens, Massachusetts;

3. The statutory time period provided in 18 U.S.C. § 4241(d)(1) shall not commence until the day the defendant arrives at the facility for evaluation and treatment;

4. At any time during, but no later than fifteen (15) days after the expiration of the four-month evaluation and treatment period,

    a. if the director of the facility in which the defendant is hospitalized, pursuant to this order, needs an additional reasonable period of time for the defendant's mental condition to improve, the director shall submit a request and report to this Court, with copies to counsel of record, supporting a finding that there is a substantial probability that within such additional period of time the defendant will attain the capacity to permit the proceedings to go forward; <u>or</u>

    b. if the director of the facility in which the defendant is hospitalized, pursuant to this order, determines that the defendant has recovered to such an extent that he able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, he shall promptly file a certificate to that effect with the Clerk of the United States District Court for the Southern District of Florida. The clerk shall send a copy of the certificate to the defendant's counsel and to the attorney for the government. This Court shall hold a hearing, pursuant to the provisions of Section 4247(d), to determine the competency of the defendant.

5. If the defendant's mental condition has not sufficiently improved by the end of Section 4241(d)'s observation period, then the director of the facility in which the defendant is held, consistent with the provisions of 18 U.S.C. § 4246(a), must decide whether he suffers from "a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another."

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of time between the filing of the indictment and any subsequent judicial proceeding to determine the mental competency of the defendant shall be deemed excludable under the Speedy Trial Act. This Court finds that the ends of justice served by taking such action outweigh the best interest in the public and the defendant in a speedy trial.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of July, 2016.

                                             HONORABLE DONALD M. MIDDLEBROOKS
                                             UNITED STATES DISTRICT JUDGE

cc:    Ellen L. Cohen, AUSA
       James L. Eisenberg, Esq.
       USMS (2 certified copies)